UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DWAN TAPP                                                                CIVIL ACTION

VERSUS                                                                      NO. 08-1134

GULF STREAM COACH, INC.,et al.                              SECTION  "N"

## **O R D E R**

        Local Rule 7.5E of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed <u>and</u> that a copy be provided to the hearing judge eight days prior to the date set for hearing of the motion.  No memorandum in opposition to the following motion set for hearing on June 18, 2008, has been filed to date:

**Motion for Summary Judgment by Gulf Stream Coach, Inc.
(Rec. Doc. No.  29)**

Accordingly, given that the motion is unopposed, **IT IS ORDERED** that the motion is hereby **GRANTED IN PART AND DENIED IN PART**.  The motion is granted to the extent that Plaintiff's claims against Defendant Gulf Stream Coach, Inc., are **DISMISSED WITH PREJUDICE**.  The motion is denied, however, to the extent that Defendant Gulf Stream Coach, Inc., seeks certification of this ruling pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.  Such relief, if still desired, must be sought pursuant to a separately filed and properly supported

motion.

A motion for reconsideration of this Order, if any, must be filed within ten (10) days of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by opposition memorandum to the original motion.  Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration.  *See* FED. R. CIV. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 7th  day of July 2008.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE