UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DWAN TAPP                                            CIVIL ACTION

VERSUS                                               NO. 08-1134

GULF STREAM COACH, INC.,et al.                       SECTION "N"

### ORDER AND REASONS

Considering the Court's August 10, 2011 ruling regarding the motion for summary judgment filed by Defendants Whirlpool Corporation and Maytag Corporation (Rec. Doc. 126), **IT IS ORDERED** that the "Motion to Dismiss Pursuant to Rule 12(b)(5)" that also was filed by Whirlpool Corporation (Rec. Doc. 103) is **DENIED** as **MOOT**.

New Orleans, Louisiana, this 7th day of September 2011.

                              **Kurt D. Engelhardt**
                              **United States District Judge**